UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Barbara J. MacIsaac,

              Plaintiff,

    –v–

Commissioner of Social Security,

              Defendant.

20-cv-4206 (AJN) (SLC)

ORDER

ALISON J. NATHAN, District Judge:

    In an Order dated June 15, 2020, the Court directed the parties to meet and confer to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. Dkt. No. 4. The deadline to file either an executed consent form or a joint letter advising the Court that the parties do not consent was two weeks from the date on which Defendant noticed an appearance. *See id.*

    Counsel for Defendant filed a notice of appearance on June 30, 2020. Dkt. No. 9. However, the Court is not in receipt of either a consent form or joint letter. The parties are hereby ordered to file either an executed consent form or a joint letter, as described in the Court's June 15, 2020 Order, on or before July 29, 2020. The parties are advised that they are free to withhold consent without negative consequences.

    This Order does not alter the deadlines set forth in the Court's June 3, 2020 Scheduling Order.

    SO ORDERED.

Dated: July 23, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge